**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **STEPHEN COTTRELL, on behalf of himself and others similarly situated,** | ) | Case No. 1:19-Cv-01036-DAP |
| | ) | |
| Plaintiff, | ) | Judge Dan Aaron Polster |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| **PCC AIRFOILS, INC,** | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING CONDITIONAL CERTIFICATION AND
APPROVING NOTICE AND CONSENT**

For good cause shown, the Parties' Joint Stipulation to Pre-Certification Conditional Class Certification and Court-Supervised Notice to Potential Opt-In Plaintiffs Pursuant to 29 U.S.C. § 216(b) is **GRANTED**.

The Court **APPROVES** the Notice of Collective action Lawsuit and Consent to Join, attached to the Parties' Joint Stipulation as Exhibit A.

**IT IS SO ORDERED.**

*s/ Dan  Aaron Polster*    *8/13/2019*

**DAN AARON POLSTER
UNITED STATES DISTRICT COURT**