UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **STEPHEN COTTRELL,** | ) | CASE NO. 1:19-cv-01036 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | <u>ORDER</u> |
| | ) | |
| **PRECISION CASTPARTS CORP, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

The Court has been advised by counsel of record that the above-captioned case has been settled. Accordingly, this case is dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived. The Court hereby cancels the teleconference scheduled on February 3, 2020.

The Court retains jurisdiction to ensure that the proposed settlement agreement is executed and to approve the proposed settlement agreement.

**IT IS SO ORDERED.**

                                                /s/ Dan A. Polster       January 31, 2020
                                                **DAN AARON POLSTER**
                                                **UNITED STATES DISTRICT JUDGE**